| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** 5-8-20 |

BRIAN FISCHLER *individually and on behalf of all other persons similarly situated*,

            Plaintiff,

v.

TAFT CLOTHING, INC.,

            Defendant.

20-CV-1676 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this action on February 25, 2020. On February 27, 2020, the Court ordered the parties to meet and confer within 30 days of service of the summons and complaint, and to submit a joint letter within 45 days of service. Although Plaintiff has not filed an affidavit of service on the docket, counsel for Defendant appeared in this action on April 1, 2020. To date, however, the Court has not received the parties' joint later. No later than May 15, 2020, the parties shall file a joint letter updating the Court as to the status of this case, including whether Defendant has been served with the summons and complaint, and addressing the issues in the Court's February 27th Order.

SO ORDERED.

Dated:   May 8, 2020
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge